UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRUSTEES OF THE 1199SEIU
NATIONAL BENEFIT FUND FOR
HEALTH AND HUMAN SERVICE
EMPLOYEES,

        Plaintiff,

  -against-

JEAN LEOPOLD MERILAN, Administrator
of the ESTATE of MARIE S. DORLUSCA,
and ALAN CHORNE, ESQ.

        Defendants.
-----------------------------------------------------------x

08 CIV 4473

STIPULATION OF
DISCONTINUANCE

ECF case

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee or conservatee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued without prejudice or costs to either party as against the other. A facsimile shall be deemed an original for all purposes. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 20, 2008

Jean Leopold Merilan an Administrator
of the Estate of Marie S. Dorlusca and
Alan Chorne, Esq.

By: Alan Chorne
Alan R. Chorne Law Offices
150 Broadway, 14th Flr
New York, New York 10038

Trustees of the 1199SEIU
National Benefit Fund for Health
and Human Service Employees

By: Suzanne Metzger
1199SEIU Benefit & Pension Funds
330 W. 42nd Street, 31 Flr
New York, New York 10036

6846-1

SO ORDERED

GERARD E. LYNCH, U.S.D.J.

5/21/08